IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN MORIARTY, as proposed Special Representative of JAMES MORIARTY, deceased, | ) ) ) ) | Case No. 25-cv-4505 |
| Plaintiff, | ) ) ) | Honorable Jorge L. Alonso |
| v. | ) ) | |
| KANE COUNTY SHERIFF RON HAIN and MICHAEL WIDLARZ, | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff KATHRYN MORIARTY and Defendants KANE COUNTY SHERIFF RON HAIN and MICHAEL WIDLARZ, by and through their respective attorneys, file this Joint Status Report pursuant to this Court's October 7, 2025, Order (Dkt. #40), stating as follows:

### Plaintiff's Position:

Plaintiff has not yet opened probate in state court. There are two reasons for the delay: 1) Plaintiff's attorney has a busy case load, and 2) he required this time to familiarize himself with relevant aspects of Illinois probate law. At this time he believes he has acquired the necessary knowledge and plans on opening the matter within the next week. Plaintiff requests that the Court order the parties to file a subsequent joint status report in approximately sixty (60) days.

### Defendants' Position:

Defendants are concerned with the proposed Plaintiff's pattern and length of requested extensions, which are delaying the litigation of this matter, including Defendants' motions to dismiss. Given the tenor and substance of proposed Plaintiff's reply in support of her motion to have this Court appoint her as Special Representative (Dkt. #39), there appears to be little good

reason for not having already filed a probate matter in state court or for not requiring a status report sooner than sixty days.

      Defendants therefore request this Court (1) require the Plaintiff to file a state court probate matter by a date certain within the next week as she has asserted she plans to do; (2) set an in-person or telephonic status hearing in the next thirty days; and (3) grant any other relief this Court finds just and appropriate.

Dated: December 9, 2025

                          Respectfully submitted,

                          */s/ Peter T. Sadelski*
                          Peter T. Sadelski
                          *Attorney for Plaintiff*
                          Ed Fox & Associates, Ltd.
                          118 North Clinton Street, Suite 425
                          Chicago, Illinois 60661
                          (312) 345-8877
                          Petersadelski@efoxlaw.com

                          */s/ James G. Sotos*
                          James G. Sotos
                          Jeffrey N. Given | Josh M. Engquist | Laura M. Ranum
                          *Attorneys for Defendant Sheriff Ron Hain*
                          The Sotos Law Firm, P.C.
                          141 W. Jackson, Suite 1240A
                          Chicago, Illinois 60604
                          (630) 735-3300
                          jsotos@jsotoslaw.com
                          jgiven@jsotoslaw.com

                          /s/ *Caitlyn F. DeRose*
                          Caitlyn F. DeRose
                          Michael D. Bersani | Scott A. Cohen
                          *Attorneys for Defendant Michael Widlarz*
                          HERVAS, CONDON & BERSANI, P.C.
                          333 Pierce Road, Suite 195
                          Itasca, Illinois 60143-3156
                          630-773-4774
                          cderose@hcbattorneys.com
                          mbersani@hcbattorneys.com
                          scohen@hcbattorneys.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN MORIARTY, as the proposed Special Administrator of the Estate of JAMES MORIARTY, deceased, | ) ) ) Case No. 25-CV-4505 |
| Plaintiff, | ) ) Judge Jorge L. Alonso ) Magistrate Judge Maria Valdez |
| vs. | ) ) |
| KANE COUNTY SHERIFF RON HAIN and MICHAEL WIDLARZ, | ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically filed the foregoing **Joint Status Report** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

TO:  Peter T. Sadelski
     Ed Fox & Associates, Ltd.
     118 N. Clinton St., Ste. 425
     Chicago, IL  60661
     petersadelski@efoxlaw.com

     James G. Sotos
     Jeffrey Neil Given
     Laura Marie Ranum
     Josh M. Engquist
     The Sotos Law Firm
     141 W. Jackson Blvd., Suite 1240A
     Chicago, IL 60604
     jsotos@jsotoslaw.com

                                                **s/ Caitlyn F. DeRose**
                                                Caitlyn F. DeRose, Atty Bar No. 06304707
                                                Michael D. Bersani, Atty Bar No. 06200897
                                                Scott A. Cohen, Atty Bar No. 016292577
                                                *Attorneys for Defendant*
                                                HERVAS, CONDON & BERSANI, P.C.
                                                333 Pierce Road, Suite 195 | Itasca, IL 60143-3156
                                                630-773-4774 | cderose@hcbattorneys.com