IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHRYN MORIARTY, as the Proposed Special Representative of the Estate of JAMES MORIARTY, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> KANE COUNTY SHERIFF RON HAIN and MICHAEL WIDLARZ, <br><br> Defendants. | Case No. 25-cv-4505 <br><br> Honorable Jorge L. Alonso |

## MOTION TO WITHDRAW

Attorney Peter T. Sadelski moves to withdraw his appearance as attorney of record for Plaintiff Kathryn Moriarty, stating as follows:

1. Attorney Peter T. Sadelski filed an appearance on behalf of Plaintiff in this matter. Dkt No. 3.

2. Sadelski has left his employment with Ed Fox & Associates, Ltd and is no longer representing Plaintiff.

3. Additional attorneys from Ed Fox & Associates, Ltd. represent Plaintiff and will continue to represent her diligently and competently. Dkt Nos. 11, 44.

For the foregoing reasons, Attorney Peter T. Sadelski respectfully requests that this Court grant his motion to withdraw his appearance for Plaintiff.

Dated: January 8, 2026

        Respectfully submitted,

        */s/ Peter T. Sadelski*
        Peter T. Sadelski
        Sadelski Law, PLLC
        1 North State Street, Suite 1506
        Chicago, Illinois 60602
        (312) 625-6564
        peter.sadelski@sadelskilaw.com
        *Attorney for Plaintiff*